AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Juliet Jackson, Lamar Carr, Dante Carr, Isaiah Carr, Richard Petgrave, and Willis Moore

V.

City of New York and John and Jane Doe 1 through 10

**SUMMONS IN A CIVIL ACTION**

JUDGE BATTS

CASE NUMBER: 08 CIV 5025

TO: (Name and address of Defendant)

City of New York
100 Church Street
New York, New York  10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY  11201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 3 0 2008

CLERK                                                  DATE

_Jessica Doss_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | June 9, 2008 at 10:49 AM |
| NAME OF SERVER *(PRINT)* Anderson Chan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o Corporation Counsel, 100 Church St, 4th Floor, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon Amanda Gonzales, legal clerk who is authorized to accept on behalf of the defendant. F, Br, Blk, 24, 5'6, 140

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 9, 2008
       Date

Signature of Server
Anderson Chan - 1220482

315 Broadway, New York, NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.